Baker & Hostetler LLP
Attorneys at Law
Los Angeles

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE SUCCESSOR AGENCY TO THE FORMER EMERYVILLE REDEVELOPMENT AGENCY AND THE CITY OF EMERYVILLE,<br><br>Plaintiff,<br><br>v.<br><br>SWAGELOK COMPANY, an Ohio corporation; WHITNEY RESEARCH TOOL CO., a dissolved California corporation; HANSON BUILDING MATERIALS LIMITED, a British Corporation; and CATHERINE LENNON LOZICK, an individual residing in Ohio,<br><br>Defendants.<br><br>*AND RELATED COUNTERCLAIMS AND CROSSCLAIMS* | Case No.: 3:17-cv-00308-WHO<br><br>**ORDER GRANTING IN PART JOINT ADMINISTRATIVE MOTION TO CONTINUE THE DATE FOR HEARING AND ENLARGE THE TIME FOR BRIEFING FOR A PERIOD OF 60 DAYS ON DEFENDANT AND CROSS-DEFENDANT HANSON BUILDING MATERIALS LIMITED'S MOTION TO DISMISS [DKT. NO. 82] PURSUANT TO LOCAL RULE 6-3**<br><br>Judge: Hon. William H. Orrick<br>Action Filed: January 20, 2017 |

I have read and considered Defendants, Counterclaimants and Cross-claimants Swagelok Company and Whitney Research Tool Co., Defendant, Counterclaimant and Cross-claimant Catherine Lennon Lozick, and Plaintiffs The Successor Agency to the Former Emeryville Redevelopment Agency and the City of Emeryville (collectively "Moving Parties") Administrative Motion to Continue the Date for Hearing and Enlarge the Time for Briefing for a Period of 120 days with respect to Defendant and Cross-Defendant Hanson Building Materials Limited's ("HBML") Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 82), pursuant to Local Rule 6-3 ("Motion to Enlarge"), and the response by defendant and cross-defendant Hanson Building Materials Limited. The moving papers do not specify the four months' worth of preparation that the moving parties claim was needed before propounding discovery, nor do they specify how they intend to use the four months of enlarged time that they seek. However, it appears that the discovery has been voluminous and some additional time is needed to crystallize the issues. Finding good cause, I **ORDER** that:

1. The Motion to Enlarge is granted in part; and

2. The hearing on HBML's Motion to Dismiss for Lack of Personal Jurisdiction is continued from July 11, 2018 to September 12, 2018, at 2:00 p.m. in Courtroom 2.

3. The deadlines for completion of the jurisdictional discovery and all remaining briefing in conjunction with HBML's Motion to Dismiss for Lack of Personal Jurisdiction are continued in accordance with the new hearing date.

4. The Further Case Management Conference is continued from July 11, 2018 at 2:00 p.m. to September 12, 2018 at 2:00 p.m. in Courtroom 2. The joint case management conference statement shall be due by September 5, 2018.

**IT IS SO ORDERED**.

Date: May 15, 2018

Hon. William H. Orrick, USDC Judge