1 | Robert P. Doty (SBN 148069)
*rdoty@coxcastle.com*
2 | Ali P. Hamidi (SBN 191198)
*ahamidi@coxcastle.com*
3 | James M. Purvis (SBN 281596)
*jpurvis@coxcastle.com*
4 | COX, CASTLE & NICHOLSON LLP
50 California Street, Suite 3200
5 | San Francisco, CA 94111
Telephone: (415) 262-5100
6 | Facsimile: (415) 262-5199

7 | Attorneys for Plaintiffs
The Successor Agency to the former Emeryville Redevelopment
8 | Agency and The City of Emeryville

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SUCCESSOR AGENCY TO THE FORMER EMERYVILLE REDEVELOPMENT AGENCY and THE CITY OF EMERYVILLE, <br><br> Plaintiffs, <br><br> vs. <br><br> SWAGELOK COMPANY, an Ohio corporation; WHITNEY RESEARCH TOOL CO., a dissolved California corporation; HANSON BUILDING MATERIALS LIMITED, a British Corporation; and CATHERINE LENNON LOZICK, an individual residing in Ohio, <br><br> Defendants. | Case No. 17-cv-00308-WHO <br><br> **STIPULATION AND ORDER BY PLAINTIFFS, SWAGELOK COMPANY, CATHERINE LENNON LOZICK, WHITNEY RESEARCH TOOL CO., AND SPECIALLY APPEARING PARTY HANSON BUILDING MATERIALS LIMITED REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR HANSON'S MOTION TO DISMISS** <br><br> [Filed Concurrently With Declaration of Ali P. Hamidi Pursuant to Local Rule 6-2] <br><br> Judge: Hon. William H. Orrick <br> Action Filed: January 20, 2017 |
| *AND RELATED COUNTERCLAIMS AND CROSSCLAIMS* | |

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO

070431\9833086

STIP & ORDER RE: BRIEFING SCHEDULE
AND HEARING DATE FOR HBML'S MOTION TO DISMISS
CASE NO. 17-CV-00308-WHO

Plaintiffs The Successor Agency to the former Emeryville Redevelopment Agency and the City of Emeryville (collectively, "Plaintiffs"), Defendants Swagelok Company ("Swagelok"), Catherine Lennon Lozick ("Lozick"), Whitney Research Tool Co. ("Whitney"), and specially appearing party Hanson Building Materials Limited ("HBML") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on October 4, 2017, pursuant to stipulation of the Parties, the Court entered an Order setting a briefing schedule and hearing date on HBML's motion to dismiss Plaintiffs' Second Amended Complaint and related crossclaims under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction (Dkt No. 66);

WHEREAS, pursuant to that Order, HBML's motion to dismiss would be filed on or before December 4, 2017, any opposition(s) would be filed on or before June 4, 2018, and any reply(ies) by HBML would be filed on or before June 25, 2018, and a hearing would be held on July 11, 2018;

WHEREAS, on December 4, 2017, HBML filed its motion to dismiss (Dkt. No. 82);

WHEREAS, on May 8, 2018, Plaintiffs, Swagelok, Lozick, and Whitney filed a Joint Administrative Motion to Continue the Date for Hearing and Enlarge the Time for Briefing for a Period of 120 Days on Defendant and Cross-Defendant Hanson Building Materials Limited's Motion to Dismiss [Dkt. No. 82] Pursuant to Local Rule 6-3 (Dkt. No. 98);

WHEREAS, on May 14, 2018, HBML filed its Opposition to the Joint Administrative Motion to Continue the Hearing and to Enlarge the Time for Briefing for a Period of 120 Days (Dkt. No. 99);

WHEREAS, on May 15, 2018, the Court entered an Order Granting in Part Joint Administrative Motion to Continue the Date for Hearing and Enlarge the Time for Briefing for a Period of 60 Days on Defendant and Cross-Defendant Hanson Building Materials Limited's Motion to Dismiss [Dkt. No. 82] Pursuant to Local Rule 6-3 (Dkt No. 100). The Order continued the hearing on HBML's motion to dismiss from July 11, 2018, to September 12, 2018, and continued jurisdictional discovery and briefing deadlines in accordance with the new hearing date;

WHEREAS, the Parties have been actively meeting and conferring—both via telephone and email correspondence—with respect to those jurisdictional discovery requests propounded by Plaintiffs, Swagelok, Lozick, and Whitney on HBML;

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

070431\9833086 - 1 - STIP & ORDER RE: BRIEFING SCHEDULE
AND HEARING DATE FOR HBML'S MOTION TO DISMISS
CASE NO. 17-CV-00308-WHO

| | |
|---|---|
| 1 | WHEREAS, additional time would allow the Parties the opportunity to continue to meet and |
| 2 | confer and hopefully reach informal resolution of all outstanding discovery issues; |
| 3 | WHEREAS, additional time also would allow sufficient time for Plaintiffs, Swagelok, Lozick, |
| 4 | and Whitney to review any supplemental responses and production of documents by HBML, including |
| 5 | documents that have only recently come into HBML's possession; |
| 6 | WHEREAS, Plaintiffs, Swagelok, Lozick, and Whitney assert that they continue to actively |
| 7 | pursue their Rule 45 document subpoenas directed to Millennium Custodial Trust but still expect it |
| 8 | will take approximately four to six week additional weeks to obtain responsive documents; |
| 9 | WHEREAS, additional time is needed to accommodate the summer travel plans of those |
| 10 | individuals whose deposition will be taken in connection with HBML's motion to dismiss; |
| 11 | WHEREAS, the parties have agreed to commence depositions the last week of August 2018 |
| 12 | through September 14, 2018, and HBML has agreed to make its deponents available in that time |
| 13 | frame; |
| 14 | WHEREAS, counsel for HBML has contacted the courtroom clerk and October 31, 2018, |
| 15 | appears to be an available hearing date; |
| 16 | IT IS HEREBY STIPULATED AND AGREED by and between and among Plaintiffs, |
| 17 | Swagelok, Lozick, Whitney, and HBML that: |
| 18 | 1. Any opposition(s) to HBML's Rule 12 motion by Plaintiffs, Swagelok, Lozick, and/or |
| 19 | Whitney shall be filed on or before September 19, 2018; |
| 20 | 2. Any reply(ies) by HBML in support of its Rule 12 motion shall be filed on or before |
| 21 | October 15, 2018; |
| 22 | 3. The Court's hearing on this matter shall be continued to October 31, 2018, at 2 p.m. in |
| 23 | Courtroom 2; |
| 24 | \\\ |
| 25 | \\\ |
| 26 | \\\ |
| 27 | \\\ |
| 28 | \\\ |

LAW OFFICES OF
**COX, CASTLE &**
**NICHOLSON LLP**
SAN FRANCISCO

070431\9833086

- 2 -

STIP & ORDER RE: BRIEFING SCHEDULE
AND HEARING DATE FOR HBML'S MOTION TO DISMISS
CASE NO. 17-CV-00308-WHO

4. The above dates are subject to modification only by Court Order and for good cause.

Dated: July 13, 2018  COX, CASTLE & NICHOLSON LLP

By: */s/ Robert P. Doty*
───────────────────────────
Robert P. Doty[1]
Attorneys for Plaintiffs
THE SUCCESSOR AGENCY TO THE FORMER
EMERYVILLE REDEVELOPMENT AGENCY AND
THE CITY OF EMERYVILLE

Dated: July 13, 2018  BAKER & HOSTETLER LLP

By: */s/ Joelle Berle*
───────────────────────────
Joelle Berle
Attorneys for Defendants
SWAGELOK COMPANY and
WHITNEY RESEARCH TOOL CO.

Dated: July 13, 2018  MANSOUR GAVIN

By: */s/ Jeffrey M. Embleton*
───────────────────────────
Jeffrey M. Embleton
Attorneys for Defendant
CATHERINE LENNON LOZICK

Dated: July 13, 2018  WENDELL ROSEN BLACK & DEAN LLP

By: */s/ Christine K. Noma*
───────────────────────────
Christine K. Noma
Attorneys for Defendant
CATHERINE LENNON LOZICK

---

[1] Concurrence in the filing of this document has been obtained from each of the other signatories.

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

070431\9833086

- 3 -

STIP & ORDER RE: BRIEFING SCHEDULE
AND HEARING DATE FOR HBML'S MOTION TO DISMISS
CASE NO. 17-CV-00308-WHO

| | | |
|---|---|---|
| Dated: July 13, 2018 | | REED SMITH LLP |

By: */s/ Belynda S. Reck*
Belynda S. Reck
Attorneys for Specially Appearing Party
HANSON BUILDING MATERIALS LIMITED

**ORDER**

GOOD CAUSE APPEARING, the Court hereby adopts the above-referenced schedule as the Order of the Court.

PURSUANT TO STIPULATION, except as modified below, IT IS SO ORDERED: the hearing on the motion shall be on November 7, 2018 at 2 p.m.

DATED: July 16, 2018

_____
Honorable William H. Orrick
United States District Court

LAW OFFICES OF
**COX, CASTLE &**
**NICHOLSON LLP**
SAN FRANCISCO

070431\9833086

- 4 -

STIP & ORDER RE: BRIEFING SCHEDULE
AND HEARING DATE FOR HBML'S MOTION TO DISMISS
CASE NO. 17-CV-00308-WHO