1 | JOELLE A. BERLE (Bar No. 252532)
**BAKER & HOSTETLER LLP**
2 | 11601 Wilshire Boulevard | Suite 1400
Los Angeles, CA 90025-0509
3 | Telephone: (310) 979-8452
Email: jberle@bakerlaw.com
4 | Attorneys for Defendants, Counterclaimants and
Crossclaimants SWAGELOK COMPANY and
5 | WHITNEY RESEARCH TOOL CO.

6 | CHRISTINE K. NOMA (Bar No. 104751)
**WENDEL, ROSEN, BLACK & DEAN LLP**
7 | 1111 Broadway, 24th Floor
Oakland, California 94607-4036
8 | Telephone: (510) 834-6600
Fax: (510) 834-1928
9 | Email: cnoma@wendel.com
Attorneys for Defendant, Counterclaimant and
10 | Crossclaimant CATHERINE LENNON LOZICK

11 | JEFFREY M. EMBLETON, *Admitted Pro Hac Vice*
SAMUEL R. MARTILLOTTA, *Admitted Pro Hac Vice*
12 | **MANSOUR GAVIN, LPA**
1001 Lakeside Avenue, Suite 1400
13 | Cleveland, OH 44114
Telephone: (216) 523-1500
14 | Fax: (216) 523-1705
Email: jembleton@mggmlpa.com
15 |         smartillotta@mggmlpa.com
Attorneys for Defendant, Counterclaimant and
16 | Crossclaimant CATHERINE LENNON LOZICK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SUCCESSOR AGENCY TO THE FORMER EMERYVILLE REDEVELOPMENT AGENCY AND THE CITY OF EMERYVILLE,<br><br>Plaintiffs,<br><br>vs.<br><br>SWAGELOK COMPANY, an Ohio corporation; WHITNEY RESEARCH TOOL CO., a dissolved California corporation; HANSON, a British Corporation; CATHERINE LENNON LOZICK, an individual residing in Ohio,<br><br>Defendants. | Case No. 17-cv-00308-WHO<br><br>**STIPULATION AND ORDER BY THE SUCCESSOR AGENCY TO THE FORMER EMERYVILLE REDEVELOPMENT AGENCY AND THE CITY OF EMERYVILLE, SWAGELOK COMPANY, CATHERINE LENNON LOZICK, WHITNEY RESEARCH TOOL CO., AND SPECIALLY APPEARING PARTY HANSON BUILDING MATERIALS LIMITED REGARDING EXTENSION OF TIME FOR BRIEFING SCHEDULE FOR HANSON'S MOTION TO DISMISS** |

| | |
|---|---|
| AND RELATED COUNTERCLAIMS AND CROSS CLAIMS | Judge: Hon. William H. Orrick<br>Action Filed: January 20, 2017 |

Plaintiffs The Successor Agency to the former Emeryville Redevelopment Agency and the City of Emeryville (collectively, "Plaintiffs"), Defendants Swagelok Company ("Swagelok"), Catherine Lennon Lozick ("Lozick"), Whitney Research Tool Co. ("Whitney"), and specially appearing party Hanson Building Materials Limited ("HBML") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on July 16, 2018, pursuant to stipulation of the Parties, the Court entered an Order extending the briefing schedule and hearing date on HBML's motion to dismiss Plaintiffs' Second Amended Complaint and related crossclaims under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction as follows:

1. Any opposition(s) to HBML's Rule 12 motion by Plaintiffs, Swagelok, Lozick, and/or Whitney shall be filed on or before September 19, 2018;

2. Any reply(ies) by HBML in support of its Rule 12 motion shall be filed on or before October 15, 2018;

3. The Court's hearing on this matter shall be continued to November 7, 2018, at 2 p.m. in Courtroom 2. (Dkt No. 104)

WHEREAS, the Parties have been actively conducting jurisdictional discovery, including depositions in London of HBML's witnesses, which are continuing through September 14, 2018;

WHEREAS, the final deposition transcripts are scheduled to be completed on September 19, 2018, the date the oppositions to HBML's Rule 12 motion are to be filed by Plaintiffs, Swagelok, Lozick, and/or Whitney (rough transcripts will be available earlier);

WHEREAS, Plaintiffs, Swagelok, Lozick, and Whitney would like additional time to prepare their oppositions to the motion, in order to incorporate citations to the final deposition transcripts;

WHEREAS, the extension of the briefing schedules sought by Plaintiffs, Swagelok, Lozick, and Whitney will not alter the hearing date;

IT IS HEREBY STIPULATED AND AGREED by and between and among Plaintiffs, Swagelok, Lozick, Whitney, and HBML that:

4. Any opposition(s) to HBML's Rule 12 motion by Plaintiffs, Swagelok, Lozick, and/or Whitney shall be filed on or before September 24, 2018;

5. Any reply(ies) by HBML in support of its Rule 12 motion shall be filed on or before October 19, 2018; and

6. The Court's hearing on this matter shall be remain as scheduled for November 7, 2018, at 2 p.m. in Courtroom 2.

Pursuant to Local Rule 5-1(i)(3), the filer, Christine K. Noma, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 10, 2018     COX, CASTLE & NICHOLSON LLP

By: */s/ Robert P. Doty*

Robert P. Doty
Attorneys for Plaintiffs
THE SUCCESSOR AGENCY TO THE FORMER EMERYVILLE REDEVELOPMENT AGENCY AND THE CITY OF EMERYVILLE

Dated: September 10, 2018     BAKER & HOSTETLER LLP

By: */s/ Joelle A. Berle*

Joelle A. Berle
Attorneys for Defendants
SWAGELOK COMPANY and
WHITNEY RESEARCH TOOL CO.

| | | |
|---|---|---|
| Dated: September 10, 2018 | | MANSOUR GAVIN |

By: /s/ Jeffrey M. Embleton

    Jeffrey M. Embleton
    Attorneys for Defendant
    CATHERINE LENNON LOZICK

Dated: September 10, 2018        WENDEL ROSEN BLACK & DEAN LLP

By: /s/ Christine K. Noma

    Christine K. Noma
    Attorneys for Defendant
    CATHERINE LENNON LOZICK

Dated: September 10, 2018        REED SMITH LLP

By: /s/ Belynda S. Reck

    Belynda S. Reck
    Attorneys for Specially Appearing Party
    HANSON BUILDING MATERIALS LIMITED

**ORDER**

    GOOD CAUSE APPEARING, the Court hereby adopts the above-referenced schedule as the Order of the Court.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 11, 2018

    Honorable William H. Orrick
    United States District Court