Belynda S. Reck (SBN 163561)
Email: breck@reedsmith.com
Anthony S. Newman (SBN 235514)
Email: anewman@reedsmith.com
Jonathan D. Gershon (SBN 306979)
Email: jgershon@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Specially Appearing Defendant and
Cross-Defendant Hanson Building Materials Limited

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SUCCESSOR AGENCY TO THE FORMER EMERYVILLE REDEVELOPMENT AGENCY AND THE CITY OF EMERYVILLE,<br><br>Plaintiffs,<br><br>vs.<br><br>SWAGELOK COMPANY, an Ohio corporation; WHITNEY RESEARCH TOOL CO., a dissolved California corporation; HANSON, a British Corporation; CATHERINE LENNON LOZICK, an individual residing in Ohio,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS CLAIMS | Case No. 17-cv-00308-WHO<br><br>**STIPULATION AND ORDER BY THE SUCCESSOR AGENCY TO THE FORMER EMERYVILLE REDEVELOPMENT AGENCY AND THE CITY OF EMERYVILLE, SWAGELOK COMPANY, CATHERINE LENNON LOZICK, WHITNEY RESEARCH TOOL CO., AND SPECIALLY APPEARING PARTY HANSON BUILDING MATERIALS LIMITED REGARDING EXTENSION OF TIME FOR BRIEFING SCHEDULE FOR HANSON'S MOTION TO DISMISS**<br><br>**Judge: Hon. William H. Orrick**<br>**Action Filed: January 20, 2017** |

Plaintiffs The Successor Agency to the former Emeryville Redevelopment Agency and the City of Emeryville (collectively, "Plaintiffs"), Defendants Swagelok Company ("Swagelok"), Catherine Lennon Lozick ("Lozick"), Whitney Research Tool Co. ("Whitney"), and specially

appearing party Hanson Building Materials Limited ("HBML") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 24, 2018, pursuant to stipulation of the Parties, the Court entered an Order extending the briefing schedule and hearing date on HBML's motion to dismiss Plaintiffs' Second Amended Complaint and related crossclaims under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction as follows (Dkt. No. 110):

1. Any reply(ies) by HBML in support of its Rule 12 motion shall be filed on or before October 23, 2018;

3. The Court's hearing on this matter shall be November 7, 2018, at 2 p.m. in Courtroom 2. (Dkt No. 104)

WHEREAS, HBML is located in England, in a different time zone to its counsel (the difference is 8 hours), and believes that coordinating multiple Replies on separate issues will increase the existing time-related and communication challenges;

WHEREAS, HBML has never independently sought an extension of time;

WHEREAS, HBML now seeks a two-week extension to file Replies to the three Oppositions filed by Swagelok, Lozick and the Plaintiffs, and will file such Replies in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California (and relevant case law interpreting such rules);

WHEREAS, the Parties have met and conferred regarding a mutually agreeable hearing date;

WHEREAS, the Parties agree that this will be the final change to the briefing and hearing schedule sought by any party and;

WHEREAS, HBML continues to reserve all defenses under Rule 12, including without limitation lack of personal jurisdiction, and by the filing of this stipulation, HBML does not concede, and Plaintiffs will not argue, that this Court has personal jurisdiction over HBML because of the submission of this Stipulation.

IT IS HEREBY STIPULATED AND AGREED by and between and among Plaintiffs, Swagelok, Lozick, Whitney, and HBML that:

1. Any reply(ies) by HBML in support of its Rule 12 motion shall be filed on or before November 6, 2018; and

2. The Court's hearing on this matter shall be held on December 12, 2018, at 2 p.m. in Courtroom 2.

Pursuant to Local Rule 5-1(i)(3), the filer, Belynda Reck, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: October 9, 2018 | WENDEL ROSEN BLACK & DEAN LLP |
| | By: */s/* Christine K. Noma |
| | Christine K. Noma<br>Attorneys for Defendant<br>CATHERINE LENNON LOZICK |
| Dated: October 9, 2018 | COX, CASTLE & NICHOLSON LLP |
| | By: */s/* Robert P. Doty |
| | Robert P. Doty<br>Attorneys for Plaintiffs<br>THE SUCCESSOR AGENCY TO THE FORMER EMERYVILLE REDEVELOPMENT AGENCY AND THE CITY OF EMERYVILLE |
| Dated: October 9, 2018 | BAKER & HOSTETLER LLP |
| | By: */s/* Joelle A. Berle |
| | Joelle A. Berle<br>Attorneys for Defendants<br>SWAGELOK COMPANY and WHITNEY RESEARCH TOOL CO. |
| Dated: October 9, 2018 | MANSOUR GAVIN |
| | By: */s/* Jeffrey M. Embleton |
| | Jeffrey M. Embleton<br>Attorneys for Defendant<br>CATHERINE LENNON LOZICK |
| Dated: October 9, 2018 | REED SMITH LLP |
| | By: */s/* Belynda S. Reck |
| | Belynda S. Reck<br>Attorneys for Specially Appearing Party<br>HANSON BUILDING MATERIALS LIMITED |

**ORDER**

GOOD CAUSE APPEARING, the Court hereby adopts the above-referenced schedule as the Order of the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 10, 2018

_____
Honorable William H. Orrick
United States District Court