# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 6, 2019 | **Time:** 25 minutes<br>2:04 p.m. to 2:29 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 17-cv-00308-WHO | **Case Name:** The Successor Agency to The Former Emeryville Redevelopment Agency v. Swagelok Company ||

**Attorneys for Plaintiff:**   Ali Pahsa Hamidi, James Michael Purvis and Robert P. Doty
**Attorneys for Defendants:**   Joelle Adrienne Berle, Christina K. Noma, Samuel A. Martillotta, and Belynda Reck

**Deputy Clerk:** Jean Davis                **Court Reporter:** FTR Recording

## PROCEEDINGS

Case management conference conducted.  Parties' schedule adopted with additions and revisions as noted below. Timing of mediation discussed.  Counsel believe that more discovery is necessary to support a productive session with a mediator.  The Court will raise ADR again at the next CMC.  The Court's preferred process for resolution of discovery disputes is reviewed, and the current status of discovery is discussed.

**Further Case Management Conference set for February 4, 2020 at 2:00 p.m.**

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| **Fact discovery cutoff:** | **August 30, 2020** |
| **Expert disclosure:** | **October 30, 2020** |
| **Expert rebuttal:** | **February 28, 2021** |
| **Expert discovery cutoff:** | **May 30, 2021** |
| **Dispositive Motions heard by:** | **October 20, 2021** |
| **Pretrial Conference:** | **December 20, 2021 at 2:00 p.m.** |
| **Trial:** | **January 31, 2022 at 8:30 a.m. by Jury** |