1  Robert P. Doty (SBN 148069)
   *rdoty@coxcastle.com*
2  Ali P. Hamidi (SBN 191198)
   *ahamidi@coxcastle.com*
3  COX, CASTLE & NICHOLSON LLP
   50 California Street, Suite 3200
4  San Francisco, CA  94111
   Telephone:  (415) 262-5100
5  Facsimile:   (415) 262-5199

6

7  Attorneys for Plaintiffs
   The Successor Agency to the former Emeryville
   Redevelopment Agency and The City of Emeryville

8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| THE SUCCESSOR AGENCY TO THE FORMER EMERYVILLE REDEVELOPMENT AGENCY and THE CITY OF EMERYVILLE,<br><br>Plaintiffs,<br><br>vs.<br><br>SWAGELOK COMPANY, an Ohio corporation; WHITNEY RESEARCH TOOL CO., a dissolved California corporation; HANSON BUILDING MATERIALS LIMITED, a British Corporation; and CATHERINE LENNON LOZICK, an individual residing in Ohio,<br><br>Defendants.<br><br>*AND RELATED COUNTERCLAIMS AND CROSSCLAIMS* | Case No. 3:17-cv-00308-WHO<br><br>**NOTICE OF MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>Date:           September 14, 2022<br>Time:          2:00 p.m.<br>Courtroom:  2, 17th Floor<br>Judge:         Hon. William H. Orrick<br><br>Complaint Filed:     January 20, 2017<br><br>*[Filed concurrently with the Motion for Determination of Good Faith Settlement; the Declaration of Robert P. Doty, the Declaration of Jeffrey Embleton, and the [Proposed] Order]* |

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO

070431\15724687v1

- 1 -

NOTICE OF MOTION FOR DETERMINATION OF
GOOD FAITH SETTLEMENT 3:17-CV-00308-WHO

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 14, 2022, at 2:00 p.m., or as soon thereafter as the matter may be heard, Plaintiffs The Successor Agency to the former Emeryville Redevelopment Agency and the City of Emeryville (collectively, the "Emeryville Parties") will, and hereby do, move the above-captioned Court for an Order, pursuant to 42 U.S.C. § 9613(f)(2) and Code Civ. Proc., § 877.6, determining that the settlement entered into by and among the Emeryville Parties and Defendants Swagelok Company ("Swagelok"), Whitney Research Tool Co. ("WRTC"), and Catherine Lennon Lozick ("Lozick," and collectively with Swagelok and WRTC, the "WSL Parties") was made in good faith. The hearing concerning this matter will take place in the courtroom of the Honorable William H. Orrick, located at Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

The Motion will be based on this Notice of Motion, Memorandum of Points and Authorities, the Declaration of Robert Doty, the Declaration of Jeffrey Embleton, and on all papers, pleadings, and records on file in this action.

DATED: August 10, 2022                COX, CASTLE & NICHOLSON LLP


By:    /s/ Robert P. Doty
       Robert P. Doty
       Attorneys for Plaintiffs
       The Successor Agency to the former Emeryville Redevelopment Agency and the City of Emeryville