Robert P. Doty (SBN 148069)
*rdoty@coxcastle.com*
Ali P. Hamidi (SBN 191198)
*ahamidi@coxcastle.com*
Trevor B. Potter (SBN 265287)
*tpotter@coxcastle.com*
COX, CASTLE & NICHOLSON LLP
50 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 262-5100
Facsimile: (415) 262-5199

Attorneys for Plaintiffs
The Successor Agency to the former Emeryville
Redevelopment Agency and The City of Emeryville

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SUCCESSOR AGENCY TO THE FORMER EMERYVILLE REDEVELOPMENT AGENCY and THE CITY OF EMERYVILLE,<br><br>Plaintiffs,<br><br>vs.<br><br>SWAGELOK COMPANY, an Ohio corporation; WHITNEY RESEARCH TOOL CO., a dissolved California corporation; HANSON BUILDING MATERIALS LIMITED, a British Corporation; and CATHERINE LENNON LOZICK, an individual residing in Ohio,<br><br>Defendants.<br><br>*AND RELATED COUNTERCLAIMS AND CROSSCLAIMS* | Case No. 17-cv-00308-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER BY PLAINTIFFS AND SPECIALLY APPEARING PARTY HANSON BUILDING MATERIALS LIMITED REGARDING EXTENDING OPPOSITION AND REPLY DEADLINES TO HANSON BUILDING MATERIALS LIMITED'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:           Hon. William H. Orrick<br><br>Complaint Filed:      January 20, 2017 |

LAW OFFICES OF
**COX, CASTLE & NICHOLSON LLP**
SAN FRANCISCO, CA

070431\16466564v2

1

STIPULATION AND [~~PROPOSED~~] ORDER RE. EXTENDING OPPOSITION AND REPLY DEADLINES
CASE NO. 17-CV-00308-WHO

Pursuant to Civil Local Rule 6-2, Plaintiffs The Successor Agency to the former Emeryville Redevelopment Agency and the City of Emeryville (collectively, "Plaintiffs"), and specially appearing party Hanson Building Materials Limited ("HBML") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, in accordance with the Court's Scheduling Order (DKT No. 211), on January 20, 2023, HBML filed its Motion for Summary Judgment Or, in the Alternative, Summary Adjudication ("Dispositive Motion") (DKT No. 234), currently scheduled to be heard on March 8, at 2 pm;

WHEREAS, pursuant to the Court's Scheduling Order (DKT No. 211), Plaintiff's Opposition to the Dispositive Motion ("Opposition") is due on February 3, 2023;

WHEREAS, HBML's Reply to the Opposition is due on February 10, 2023;

WHEREAS, Plaintiffs have requested, and HBML does not oppose, additional time to complete the briefing on HBML's motion;

WHEREAS, a short extension in the deadlines for the Opposition and Reply papers will not necessitate the continuance of the scheduled March 8, 2023 hearing, or any other subsequent deadline set either by Court order or the local rules;

SUBJECT TO THE COURT'S APPROVAL, IT IS HEREBY STIPULATED AND AGREED by and between and among Plaintiffs HBML that:

1. The Court's existing scheduling order, be modified only as follows:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Plaintiff's Brief in Opposition to HBML's Dispositive Motion | February 3, 2022 | February 10, 2023 |
| HBML's Reply to Opposition to HBML's Dispositive Motion | February 10, 2022 | February 22, 2023 |

///

///

LAW OFFICES OF
COX, CASTLE & NICHOLSON LLP
SAN FRANCISCO, CA

070431\16466564v2

2

STIPULATION AND [PROPOSED] ORDER RE.
EXTENDING OPPOSITION AND REPLY DEADLINES
CASE NO. 17-CV-00308-WHO

Respectfully submitted,

Dated: January 24, 2023                 COX, CASTLE & NICHOLSON LLP

By:    /s/ Ali P. Hamidi
_____
Ali P. Hamidi[1]
Attorneys for Plaintiffs
THE SUCCESSOR AGENCY TO THE FORMER
EMERYVILLE REDEVELOPMENT AGENCY
AND THE CITY OF EMERYVILLE

Dated: January 24, 2023                 K&L GATES LLP

By:    /s/ Jason Haycock
_____
Jason Haycock
Attorneys for Defendant
HANSON BUILDING MATERIALS LIMITED

---

[1] Pursuant to Civil Local Rule 5-1(h)(4), concurrence in the filing of this document has been obtained from HBML's counsel.

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO, CA

070431\16466564v2                       - 3 -       STIPULATION AND [PROPOSED] ORDER RE.
                                                    EXTENDING OPPOSITION AND REPLY DEADLINES
                                                    CASE NO. 17-CV-00308-WHO

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The deadline for Plaintiffs to file their opposition to HBML's dispositive motion is extended from February 3, 2023, to February 10, 2023.

2. The deadline for HBML to file its reply to Plaintiffs' opposition to HBML's dispositive motion is extended from February 10, 2023, to February 22, 2023.

3. The hearing on HBML's dispositive motion shall remain on March 8, 2023.

IT IS SO ORDERED.

DATED: January 25, 2023

_____
Honorable William H. Orrick
United States District Court

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO, CA

070431\16466564v2

- 4 -

STIPULATION AND [PROPOSED] ORDER RE.
EXTENDING OPPOSITION AND REPLY DEADLINES
CASE NO. 17-CV-00308-WHO